■ ALISON R. MINTON et al., Appellants, v STUART MINTON, JR., Respondent. [717 NYS2d 519] —Order, Supreme Court, New York County (Eileen Bransten, J.), entered October 15, 1999, which, in an action for, *inter alia*, defamation, insofar as appealed from, granted defendant's motion to stay this action pending certain proceedings in Surrogate's Court, unanimously affirmed, without costs.

The stay was properly granted since the truth of the alleged defamatory statements at issue herein is likely to be decided in the earlier commenced Surrogate's Court proceedings, in which one of the plaintiffs and defendant herein seek each other's removal as coexecutor of an estate, and the other plaintiff herein is a beneficiary of the estate (*see, El Greco, Inc. v Cohn*, 139 AD2d 615; *Goodridge v Fernandez*, 121 AD2d 942, 944-945; *Schneider v Lazard Freres & Co.*, 159 AD2d 291, 293-294). Concur—Williams, J. P., Mazzarelli, Lerner, Buckley and Friedman, JJ.

■ In the Matter of MICHAEL D. MURPHY, a Disbarred Attorney. [719 NYS2d 553] —Motion to confirm Determination of Hearing Panel, which confirmed the Referee's findings of fact, conclusions of law and recommendation that petitioner be reinstated to the practice of law, granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, P. J., Tom, Ellerin, Saxe and Buckley, JJ.